STEVEN D. ALLISON (State Bar No. 174491)
JESSICA L. LINEHAN (State Bar No. 223569)
DORSEY & WHITNEY LLP
38 Technology Drive
Irvine, California 92618-5312
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

HELENE M. FREEMAN (admitted pro hac vice)
BRUCE R. EWING (admitted pro hac vice)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

Attorneys for Plaintiffs
W. AXL ROSE, SAUL HUDSON p/k/a SLASH,
and MICHAEL "DUFF" McKAGEN, collectively
known as GUNS N' ROSES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| W. AXL ROSE, an individual; SAUL HUDSON p/k/a SLASH, an individual; and MICHAEL "DUFF" McKAGEN, an individual; collectively known as GUNS N' ROSES,<br><br>Plaintiffs,<br><br>vs.<br><br>GEFFEN RECORDS, a Division of UMG Recordings, Inc., a Delaware corporation,<br><br>Defendant. | CASE NO.: CV04-1700 DSF (SSx)<br><br>[Assigned for all purposes to the Honorable Dale S. Fischer]<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Fed. R. Civ. Proc. 41(a)) |

1.

NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Proc. 41(a), plaintiffs W. Axl Rose, Saul Hudson p/k/a Slash and Michael "Duff" McKagen, collectively known as Guns N' Roses ("GNR"), voluntarily dismiss the above-captioned action without prejudice.

DATED: March 23, 2004

DORSEY & WHITNEY LLP

By _____
STEVEN D. ALLISON
JESSICA L. LINEHAN

Attorneys for Plaintiffs W. AXL ROSE;
SAUL HUDSON p/k/a SLASH; and
MICHAEL "DUFF" McKAGEN;
collectively known as GUNS N' ROSES

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 38 Technology Drive, Irvine, California 92618-2301. On March 23, 2004, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:    **NOTICE OF VOLUNTARY DISMISSAL**

SERVED UPON:    **(SEE ATTACHED SERVICE LIST)**

[X] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL SERVICE) I delivered by hand to counsel on the attached service list a copy of the above-titled document. .

[ ] (BY FEDERAL EXPRESS) I am readily familiar with the practice of Dorsey & Whitney LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[ ] (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

[ ] (BY ELECTRONIC MAIL) The above-referenced document was transmitted in "PDF" format by electronic mail ("e-mail"), and no error was reported. Pursuant to U.S.D.C., Northern District, Local Rule 5-5(b), I caused such document to be transmitted electronically to the e-mail address listed above.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on March 23, 2004, at Irvine, California.

Jessica L. Linehan

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| | Steven A. Marenberg | Attorneys For Defendant |
| 2 | IRELL & MANELLA LLP | GEFFEN RECORDS, |
| | 1800 Avenue of the Stars | a Division of UMG Recordings, Inc. |
| 3 | Suite 900 | |
| | Los Angeles, California 90067-4276 | |
| 4 | Telephone: (310) 277-1010 | |
| | Facsimile: (310) 203-7199 | |

4.

NOTICE OF VOLUNTARY DISMISSAL